

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00384-CV

| | | |
|---|---|---|
| Brenda Combes and Tom Combes | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2013-02510) |
| v. | § | January 30, 2014 |
| Tarsem Gill | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the stay entered on January 3, 2014, should be lifted and the appeal should be dismissed. It is ordered that the stay entered on January 3, 2014, is lifted and the appeal is dismissed.

It is further ordered that Appellants Brenda Combes and Tom Combes shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM